IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| LARRY MURRELL, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-17-276-SM |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

On March 14, 2017, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action. The Magistrate Judge recommended that plaintiff's application to proceed in district court without prepaying fees or costs be denied and that if plaintiff does not pay the $400.00 filing fee in full to the Clerk of the Court within twenty-one (21) days of any order adopting the Report and Recommendation, that this action be dismissed without prejudice to refiling. Plaintiff was advised of his right to object to the Report and Recommendation by April 3, 2017. A review of the file reveals no objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 3] issued by the Magistrate Judge on March 14, 2017;

(2) DENIES plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [docket no. 2]; and

(3) ORDERS plaintiff to pay the entire $400.00 filing fee within twenty-one (21) days of the date of this Order. The Court would further advise plaintiff that if the entire filing fee is not paid by the above deadline, this action will be dismissed without prejudice.

**IT IS SO ORDERED this 11th day of April, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE